UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:21-cv-00179-CEM-GJK

DAVID POSCHMANN,

           Plaintiff,

v.

TROPICAL MANNER HOUSE, LLC,

           Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this action has been resolved.

Dated: February 18, 2021

s/Drew M. Levitt
DREW M. LEVITT
drewmlevitt@gmail.com
Florida Bar No. 782246
LEE D. SARKIN, ESQ.
Lsarkin@aol.com
Florida Bar No. 962848
4700 N.W. Boca Raton Blvd., Ste. 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff